UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:10-CR-00090(01)RM |
| | ) | |
| JACK E. SMITH, JR. | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 19, 2011 [Doc. No. 40]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Jack Smith, Jr.'s plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2252(a)(2).

SO ORDERED.

ENTERED:  May 10, 2011 

                                          /s/ Robert L. Miller, Jr.   
                                          Judge  
                                          United States District Court